IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT WEYRENS and**
**BEAU ROBERSON for themselves and**
**all other Arkansas citizens similarly situated,**　　　　　　　　　　**PLAINTIFFS**

vs.　　　　　　　　　　**CASE NO. 4:23-cv-00193-BRW**

**SUMMIT UTILITIES, INC. and**
**SUMMIT UTILITIES ARKANSAS, INC.**　　　　　　　　　　**DEFENDANTS**

## MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER

Defendants Summit Utilities, Inc. and Summit Utilities Arkansas, Inc. (collectively, "Defendants" or "Summit"), through their attorneys, Friday, Eldredge & Clark, LLP and pursuant to Federal Rule of Civil Procedure 65(b)(4), for their Motion to Dissolve the Temporary Restraining Order, state as follows:

1. On March 2, 2023, Plaintiff Robert Weyrens filed this putative class action in the Circuit Court of Pulaski County, Arkansas, Case No. 60CV-23-1571.

2. On March 8, 2023, Plaintiffs Robert Weyrens and Beau Roberson filed an Amended Class Action Complaint and a Motion for Temporary Restraining Order.

3. Plaintiffs allege they are customers of Summit, a natural gas utility company. *See* Am. Compl. ¶¶ 22-23. They assert claims for declaratory and injunctive relief relating to charges incurred as customers of Summit. *Id*. ¶¶ 26-35. Their claims relate to alleged over-pricing and other billing issues. *Id*. ¶¶ 13 & 18-21. Plaintiffs bring suit on behalf of "[a]ll citizens of Arkansas who have accounts with Summit for the provision of natural gas and receiving monthly bills from Summit or its predecessor from January 1, 2022, to the time the Class is certified and receives Court-Approved notice of class certification." *Id*. ¶ 17. Plaintiffs seek a declaration that Summit has breached its implied duty of good faith and fair dealing; an accounting of funds paid to Summit;

and injunctive relief, including allowing customers to stop making monthly payments to Summit while requiring that Summit continue to provide service to such customers. *Id.* ¶¶ 30-34.

4. On the afternoon of March 13, 2023, Defendants timely removed to this Court.

5. On March 13, 2023 at 5:00 p.m. (just minutes after Defendants filed the Notice of Removal in this Court), the Pulaski County Circuit Court entered a Temporary Retaining Order (TRO). *See* ECF No. 5-1.

6. The TRO allows Plaintiffs and putative class members to "refuse and not make payments on their Summit monthly gas bills" and at the same time orders that Summit "may not disconnect any Arkansas customer account until the Parties are before the Court and introduce evidence and argument on whether the TRO should continue." *Id*. at 4.

7. The TRO is void on its face and should be dissolved immediately for the following reasons:

   a. The circuit court lacked jurisdiction to enter the TRO because the Arkansas Public Service commission has primary jurisdiction over all matters raised in the Complaint;

   b. The TRO was entered without the posting of bond as required under Fed. R. Civ. P. 65(c);

   c. the TRO is not based on "specific facts in an affidavit or a verified complaint clearly show[ing] that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition" as required by Fed. R. Civ. P. 65(1);

   d. Plaintiffs fail to demonstrate a likelihood of success on the merits;

   e. Plaintiffs fail to demonstrate irreparable harm;

9850797.1

  f. The balance between harm alleged in the Complaint and the harm that the TRO is causing to Summit weighs in favor of dissolving the TRO; and

  g. The TRO is not in the public interest.

8. In support of their Motion, Defendants submit a brief in support, which is being filed contemporaneously herewith and is incorporated herein by reference.

9. In support of their Motion, Defendants incorporate herein by reference and attach the following exhibits:

 Exhibit A: Declaration of Brian Bowen

10. For the reasons set forth in the Motion, Brief in Support, and exhibits thereto, Summit requests that the Temporary Restraining Order entered by the Pulaski County Circuit Court on March 13, 2023, be dissolved under Fed. R. Civ. P. 65(b)(4) and for any other relief the Court deems just and proper.

Respectfully submitted,

Marshall S. Ney, Ark. Bar No. 91108
Katherine C. Campbell, Ark. Bar No. 2013241
FRIDAY, ELDREDGE & CLARK, LLP
3350 S. Pinnacle Hills Pkwy, Suite 301
Rogers, Arkansas 72758
Telephone: (479) 695-6049
mney@fridayfirm.com
kcampbell@fridayfirm.com

Kevin A. Crass, Ark. Bar No. 84029
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas  72201-3522
Telephone: (501) 376-2011
crass@fridayfirm.com

9850797.1