**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ROBERT WEYRENS and
BEAU ROBERSON for themselves and
all other Arkansas citizens similarly situated,**     **PLAINTIFFS**

**vs.**     **CASE NO. 4:23-cv-00193-BSM**

**SUMMIT UTILITIES, INC. and
SUMMIT UTILITIES ARKANSAS, INC.**     **DEFENDANTS**

**DECLARATION OF BRIAN BOWEN**

I, Brian Bowen, hereby declare as follows:

1. I am the Senior Director for External Affairs for Summit Utilities, Inc. ("Summit"), and in this capacity have personal knowledge of the statements in this Declaration.

2. Attached as **Attachment 1** is a true and correct copy of correspondence sent by Summit's President & CEO to its customers.

3. The correspondence predates Plaintiffs' filing of the Motion for Temporary Restraining Order and was posted on Plaintiffs' counsel's website on or about March 3, 2023. *See* **Attachment 2**.

4. In the Section entitled "Suspension of Disconnections and Late Fees," Summit notified its customers (including Plaintiffs) that it:

   a. had "voluntarily suspended disconnecting customers and charging late fees last fall";

   b. would continue the suspension "through the winter"; and

   c. would "give customers ample notice" "[b]efore lifting the suspension."

5. As of this date, Summit has taken no steps to lift the suspension.

10000.0213/9850954.1

6. Summit also currently operates under Rule 6.15 of the Arkansas Public Service Commission ("PSC"), which states: "Electric and gas utilities may not suspend residential service on a day when the National Weather Service forecasts that a temperature of 32 degrees Fahrenheit or lower will occur at any time during the following 24 hour period. The utility must obtain the most recent forecast for the customer's weather zone from the National Weather Service reports on the morning of the day that the customer's shut-off is scheduled." *See* Rule 6.15(a).

7. Summit also currently operates under Rule 6.04 of the PSC, which requires customer notice before disconnecting service. See Exhibit 3; *see also*, PSC Rule 6.01, *et seq.*: *https://www.sos.arkansas.gov/uploads/rulesRegs/Arkansas%20Register/2002/jul_2002/126.03.02-004.pdf*.

8. A true and accurate copy of the referenced PSC Rules is attached as **Attachment 3**.

Pursuant to 28 U.S. C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of March, 2023.

DocuSigned by:

Brian Bowen

**Attachment 1**



To Our Valued Customers,

As a public utility, we believe it's our responsibility to provide safe and reliable energy solutions with a commitment to customers and the communities we serve.

Complications with the implementation of a new computer system, combined with the unusually high energy costs this winter, have been annoying and frustrating to our customers.

We are working to provide you the customer service experience you deserve.

### Cost of Gas

We know the cost of gas significantly impacts every family and business we serve. We are confident our bills accurately reflect the commodity cost approved by our regulators.

As a utility, Summit does not profit from the cost of gas. Our customers pay what we pay. We are required to adjust that cost of gas on November 1 and April 1 of every year through a filing with the Public Service Commission.

While markets remain volatile, we have seen a downward trend in the cost of gas across the country. As a result, we expect that when we file at the end of this month your cost of gas will come down.

### Billing Accuracy

We have heard from you that billing process errors and confusion have been perhaps your most frustrating experience with us, and the cause of your lost trust in us. We have quickly resolved the billing issues and are confident that your bills accurately reflect your usage and the rates approved by the Public Service Commission.

### Suspension of Disconnections and Late Fees

In light of our transition to new customer service and billing systems, we voluntarily suspended disconnecting customers and charging late fees last fall. That suspension will continue through the winter. Before lifting that suspension, we will give customers ample notice. Despite the fact we are not charging late fees or disconnecting customers at this time, we encourage you to pay your bills or contact our call center if you have questions or to set up a payment arrangement.

### Customer Service Wait Times

We heard your frustrations with the long call wait times and have hired an additional 50 customer service representatives in Arkansas and Oklahoma since November 1st. While call volumes and wait times were high in November and December, the average call wait time has been 7 minutes over the last 3 weeks.

If you have a concern about your bill, we encourage you to call our customer service department. Our representatives are available Monday through Friday from 7 a.m. to 7 p.m. to answer your specific questions. Or visit our website any time for more information.

I thank you for being a Summit Utilities customer. We value your time, appreciate your patience and look forward to continuing to serve your energy needs.

Kurt Adams
President & CEO, Summit Utilities

10000.0213/9850954.1

DocuSign Envelope ID: 27FE8DD5-DD8C-49CF-AF90-AD230563A626

**Attachment 2**

- Scott Poynter
-
  - 
    - Mar 3
  - 
    - 1 min read

# Summit Utilities Voluntarily Suspends Disconnections

This afternoon, Summit Utilities emailed its Arkansas customers saying it has voluntarily suspended disconnections for non-payment.

However, this voluntary suspension is only "through the winter." Winter ends, officially, March 20, 2023.

Know we will continue to work for Summit's customers to ask the Court to Order that Summit not disconnect any Arkansas customer accounts until excess billing, poor accounting of payments, and poor customer service problems are resolved by the Court.

If you have continue to have problems with Summit, please make a complaint with the Public Service Commission and the Office of Attorney General. Both of their websites allow you to make your complaints electronically.

10000.0213/9850954.1

# Attachment 3

**Rule 6.15. Cold Weather Rule**

Electric and gas utilities may not suspend residential service on a day when the National Weather Service forecasts that a temperature of 32 degrees Fahrenheit or lower will occur at any time during the following 24 hour period. The utility must obtain the most current forecast for the customer's weather zone from the National Weather Service reports on the morning of the day that the customer's shut-off is scheduled. **

**Rule 6.04. Notification of Suspension of Service**

A. A utility must notify a customer in writing 5 calendar days before it suspends service. If a utility delivers the notice to the customer's premises, the utility must leave the notice in a conspicuous place where the notice is easy to see. If the utility mails the notice, the 5 days begins 3 calendar days after the date the notice is placed in the U.S. mail. The utility must send the notice to the customer's last known address by first-class mail.

B. A utility may suspend service without prior written notice under Rule 6.01.D., F., N., O., P., and R. The utility shall notify the customer of the reason for suspension by first class mail or by leaving a notice at the premises. Suspension procedures shall also follow all other requirements of Rule 6.09.B. If prior written notice of suspension has been given, Rule 6.04.B. does not apply.

10000.0213/9850954.1